[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-12252
Non-Argument Calendar
_____

D.C. Docket No. 1:13-cr-00039-WS-B-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEE ANTHONY GUIDRY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
_____

(March 20, 2015)

Before JORDAN, ROSENBAUM, and JULIE CARNES, Circuit Judges.

PER CURIAM:

Robert Ratliff, appointed counsel for Lee Anthony Guidry in this direct

criminal appeal, has moved to withdraw from further representation of Guidry and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967).

Our independent review of the entire record reveals that counsel's assessment of

the relative merit of the appeal is correct. Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, and Guidry's conviction and sentence are **AFFIRMED.**